1   I. NEEL CHATTERJEE (STATE BAR NO. 173985)
    nchatterjee@orrick.com
2   DANIEL J. WEINBERG (STATE BAR NO. 227159)
    dweinberg@orrick.com
3   M. LEAH SOMOANO (STATE BAR NO. 251801)
    lsomoano@orrick.com
4   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
5   Menlo Park, CA  94025
    Telephone:      +1-650-614-7400
6   Facsimile:      +1-650-614-7401

7   Attorneys for Plaintiff
    ROCKYOU, INC.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  ROCKYOU, INC.,                          CASE NO.  C08-04237 MMC

14            Plaintiff,                     **STIPULATION AND [PROPOSED]
                                             ORDER TO CONTINUE HEARING**
15       v.
                                             Date:        November 21, 2008
16  BLAKE COMMAGERE and COMMAGERE            Time:        9:00 a.m.
    VENTURES, LLC,                           Dept.:       Courtroom 7, 19th Floor
17                                           Judge:       Hon. Maxine M. Chesney
            Defendants.
18                                           Complaint Filed:   September 8, 2008
                                             Trial Date:        None Set
19

20

21

22

23

24

25

26

27

28
                                                      CASE NO.  C08-04237 MMC

1    **WHEREAS**, plaintiff RockYou, Inc.'s motion for preliminary injunction is currently

2    scheduled on this Court's calendar for November 21, 2008 at 9:00 a.m.;

3        **WHEREAS**, defendants Blake Commagere and Commagere Ventures, LLC's motion to

4    dismiss or, in the alternative, stay is currently scheduled on this Court's calendar for November

5    21, 2008 at 9:00 a.m.;

6        **WHEREAS**, the parties have entered into settlement discussions to resolve the action and

7    desire to enter into a written settlement agreement in the near future;

8        **WHEREAS**, the parties wish to continue the hearing dates on their respective motions to

9    January 23, 2009 in order to provide the parties with sufficient time to conduct settlement

10   discussions and enter into a written settlement agreement;

11       **NOW THEREFORE, FOR GOOD CAUSE**, pursuant to Civil L.R. 7-7, the parties, by

12   and through their respective counsel, hereby stipulate to continue the hearings to January 23,

13   2009.

14

15   Dated: November 5, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP

16

17                                            */s/  M. Leah Somoano*
                                       _____
18                                            M. Leah Somoano
                                            Attorneys for Plaintiff
19                                            ROCKYOU, INC.

20   Dated: November 5, 2008          WILMER CUTLER PICKERING HALE AND
                                       DORR LLP
21

22                                            */s/  Nathan L. Walker*
                                       _____
23                                            Nathan L. Walker
                                            Attorneys for Defendants
24                                       BLAKE COMMAGERE and COMMAGERE
                                            VENTURES, LLC
25

26   ///

27   ///

28

1   **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

2   perjury that concurrence in the filing of the document has been obtained from its signatory.

3

4   Dated: November 5, 2008                    Respectfully submitted,

5                                              _/s/  M. Leah Somoano_
                                                  M. Leah Somoano

6

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9   Dated:  November 6, 2008

10                                             The Honorable Maxine M. Chesney
                                               United States District Judge

11

12  OHS West:260544933.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -                                          CASE NO.  C08-04237 MMC