IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKYOU, INC., | No. C-08-4237 MMC |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS; DIRECTIONS TO CLERK** |
| v. | |
| BLAKE COMMAGERE, et al., | |
| Defendants. / | |

Before the Court is defendants' "Administrative Motion Pursuant to Civil L.R. 79-5(d) to Seal Confidential Documents Related to Their Opposition to Rockyou's Motion for Preliminary Injunction," filed October 31, 2008, by which motion defendants seek to file under seal three documents designated as "Confidential" or "Highly Confidential" pursuant to a protective order in a state court action. No opposition has been filed. Having read and considered the motion and the declaration of M. Leah Somoano in support thereof, the Court rules as follows:

1. With respect to Exhibit D to Exhibit 1 of the declaration of Blake Commagere in support of defendants' opposition to plaintiff's motion for preliminary injunction, the motion is DENIED, for the reason that defendants have failed to file "a declaration establishing that the . . . document is sealable." See Civ. L.R. 79-5(b)(1). Such denial is without prejudice to defendants' filing a renewed Administrative Motion to File under Seal, and accompanying

declaration, in compliance with Civil Local Rule 79-5.  Such motion and declaration, if any, shall be filed no later than November 14, 2008.

      2.  To the extent defendants seek to file under seal Exhibits 1 and 4 to the declaration of Leeor Neta in support of defendants' opposition to plaintiff's motion for preliminary injunction, the motion is GRANTED.

      The Clerk shall file under seal Exhibits 1 and 4 to the declaration of Leeor Neta in support of defendants' opposition to plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED.**

Dated:  November 10, 2008

_____
MAXINE M. CHESNEY
United States District Judge