IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROCKYOU, INC.,

    Plaintiff,

v.

BLAKE COMMAGERE, et al.,

    Defendants.

No. C-08-4237 MMC

**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS; DIRECTIONS TO CLERK**

On November 10, 2008, the Court granted in part and denied in part defendants' administrative motion, filed October 31, 2008, to file certain documents under seal. The Court denied the motion as to Exhibit D to Exhibit 1 of the declaration of Blake Commagere in support of defendants' opposition to plaintiff's motion for preliminary injunction, without prejudice to defendants' filing, no later than November 14, 2008, a renewed Administrative Motion to File under Seal and accompanying declaration. (See Order filed Nov. 10, 2008, at 1-2.)[1]  To date, no such motion has been filed.

Accordingly, the Clerk is hereby directed to follow the procedure contained in Civil Local Rule 79-5(e) as to the denial of a request to file a document under seal.

**IT IS SO ORDERED.**

Dated: November 18, 2008

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The Court granted the motion as to Exhibits 1 and 4 to the declaration of Leeor Neta in support of defendants' opposition to plaintiff's motion for preliminary injunction. (See Order filed Nov. 10, 2008, at 2.)