**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ROCKYOU, INC.,                          No. C-08-4237 MMC

12              Plaintiff,                    **ORDER CONTINUING CASE
                                             MANAGEMENT CONFERENCE**
13     v.

14   BLAKE COMMAGERE, et al.,

15              Defendants.
     _____/
16

17          By order filed November 6, 2008, the Court continued to January 23, 2009 the

18   hearings on plaintiff's motion for preliminary injunction and defendants' motion to dismiss

19   or, in the alternative, to stay.  In light of such continuance, the Case Management

20   Conference currently scheduled for January 9, 2009 is hereby CONTINUED to March 6,

21   2009 at 10:30 a.m.

22          **IT IS SO ORDERED.**

23

24   Dated:  January 6, 2009                  _____
                                             MAXINE M. CHESNEY
25                                           United States District Judge

26

27

28